UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 0 7 2019

SETH BEALS, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

AUDIBLE, INC.,

          Defendant.

Civil Action No. 1:17-cv-09838 (AJN)

## ~~[PROPOSED]~~ ORDER APPROVING STIPULATION OF DISMISSAL

Pending before the Court is Plaintiff Seth Beals' and Defendant Audible, Inc.'s stipulation of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In light of the Parties' joint stipulation of dismissal following the approval of nationwide class action settlement in *McKee v. Audible, Inc.*, Case No. 2:17-cv-01941 (GW) in the United States District Court for the Central District of California, the fact that the judgment in that case is now final, and the fact that the settlement in that case encompasses the claims made by Beals in this action and involved releases granted by Beals and putative class members in this action, the Court hereby approves the stipulation of dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This action is hereby DISMISSED. Each party will bear its own costs, fees, and expenses in the manner provided for in the *McKee* settlement.

SO ORDERED.

Dated: Oct. 7, 2019
New York, New York

_____
ALISON NATHAN
United States District Judge

1